JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEVI MICAH BARTER, | ) | Case No. CV 14-3089-DMG (KK) |
| Petitioner, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| JERRY BROWN, et al., | ) | |
| Respondents. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  December 30, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE